IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:15-CV-42-BO

| | | |
|---|---|---|
| RED WOLF COALITION, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES FISH AND WILDLIFE | ) | |
| SERVICE, *et al.*, | ) | |
| Defendants. | ) | |

This cause comes before the Court on the parties' revised joint Rule 26(f) report. [DE 65]. The Court has reviewed the report and imposes the following critical deadlines:

1. All discovery shall be concluded by November 3, 2017;

2. Motions for summary judgment shall be filed as follows:

    a. Plaintiffs' motion shall be filed not later than December 18, 2017;

    b. Any cross-motion for summary judgment by defendants, to include a combined brief in support of defendants' motion and in opposition to plaintiffs' motion, shall be filed not later than February 1, 2018;

    c. Plaintiffs' combined reply and response shall be filed not later than March 5, 2018;

    d. Defendants' reply brief shall be filed not later than April 4, 2018.

The remaining provisions of the revised joint Rule 26(f) report not inconsistent with the foregoing are approved and adopted as this Court's order.

SO ORDERED, this 27 day of October, 2016.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE